IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



EDDIE HILL, §
§
          Plaintiff, §
§
v. §   2:08-CV-235
§
MICHAEL J. ASTRUE, §
Commissioner, Social Security Administration §
§
          Defendant. §

**ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING MOTION TO REMAND,
REVERSING THE DECISION OF THE COMMISSIONER,
and REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

Came for consideration plaintiff's appeal of the decision of the Commissioner of Social Security denying plaintiff disability benefits and plaintiff's motion to remand. The United States Magistrate Judge entered a Report and Recommendation on August 29, 2011, recommending therein that the decision of the Commissioner be reversed, the plaintiff's motion to remand be granted, and the case be remanded to the Commissioner for further administrative action. On September 1, 2011, the Commissioner gave notice that he did not object to the decision made in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Report and Recommendation of the United States Magistrate Judge is hereby ADOPTED. Accordingly, the Commissioner's administrative decision denying plaintiff benefits is REVERSED, plaintiff's motion to remand is GRANTED, and the decision is REMANDED to the Commissioner for further administrative proceedings consistent with the Report

and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

ENTERED this ___7th___ day of __September__ 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE